UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Kathy Hughes

)
)
Plaintiff(s),                                                    )
)
vs.                                                    )                    Case No.  4:26-CV-31-ZMB
City of St. Louis, et al                                                    )
)
)
Defendant(s).                                                    )

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated _____06/30/2026_ the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:                     Kim Kirn

Firm Name and Address:
                                     500 N Broadway Suite 1800
                                     St. Louis, MO 63102

Telephone & FAX Number:              314-231-4642

**The attorneys of record in this case are:**

Name of Lead Counsel:                Paul L. Schmitz

Firm Name and Address:               906 Olive Ste. 300
                                     St. Louis, MO 63101

Telephone & FAX Number:              314-621-9550 (Telephone) 314-621-2697 (Fax)

Name of Other Counsel:               Jay Hollman

Firm Name and Address:

City of St. Louis
City Counselor's Office
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103

Telephone & FAX Number:

314-622-3361; Fax: 314-622-4956

**The completion deadline for this ADR referral is** August 21, 2026

The parties, in consultation with the assigned neutral, hereby designate by agreement the

following date, time, and location of the initial ADR conference:

Date of Conference:    August 13                                                      20 26

Time of Conference:    9 am                                                           a/p.m.

Location of Conference (Check One):

☐   Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒   Other Location:    500 N Broadway Suite 1800
                       St. Louis, MO 63102

All parties and the assigned neutral have been given at least fourteen (14) days notice of the

above-dated conference. The neutral shall schedule any additional conference(s) in consultation with

the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and

mutual.

07/27/2026

Date

/s/ Paul L. Schmitz

Signature of Plaintiff(s)

/s/ Jay Hollman

Signature of Defendant(s)